IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 99-50252

---

NORBERT HARLESS; BILLY OLIVER;
ROBBY BROWN; HOWARD PRESLEY,

                                        Plaintiffs-Appellants,

versus

TEXAS PARKS & WILDLIFE DEPARTMENT;
ANDREW SANSOM, in his individual and
official capacity as Executive Director;
WILLIAM E. VON ROSENBERG, in his
individual and official capacity as Chief Inspector
and Chief of CDM Branch; AL FRITCHER,
in his individual and official capacity
as Head of Field Supervision; RON HOLLIDAY,
in his individual and official capacity as
Division director of Public Lands;
JAYNA BURGDORF, in her individual and
official capacity as Director of Finance;
JIM DICKENSON, in his individual and
official capacity as Deputy Executive Director,
LANDY JOHNSTON, in his individual and
official capacity as Director of Personnel,

                                        Defendants-Appellees.

---

Appeal from the United States District Court
For the Western District of Texas
(A-97-CV-487-JN)

---

March 2, 2000

Before  HIGGINBOTHAM,  and  PARKER,  Circuit Judges,  and  WARD,[*]

District Judge.

---

[*]District Judge of the Eastern District of Texas, sitting by
designation.

PER CURIAM:**

We affirm for essentially the reasons stated by the district court, except we are unpersuaded that any speech was about a matter of public concern. Rather, under all the facts and circumstances, this was a workplace dispute.

AFFIRMED.


AFFIRMED.   See Local Rule 47.6.

---

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2